```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/20/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUANITA WILLIAMS

    *Plaintiff,*

v.

THE CITY OF NEW YORK, PO SHAWN MOYNIHAN (Shield 302), PO SHEILA RAMOS (Shield 24844), and PO ELIZABETH ALLAIN (Shield 19941)

    *Defendants.*

---

Case No. 15-cv-2202

**REQUEST FOR JUDGMENT**

On September 7, 2021, Defendants The City of New York, P.O. Shawn Moynihan, P.O. Sheila Ramos, and P.O. Elizabeth Allain (collectively, "Defendants"), served on Plaintiff Juanita Williams an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. (Attached hereto as **Exhibit A**). Within fourteen days of service of said offer, on September 14, 2021, Plaintiff Juanita Williams accepted said offer of judgment and the terms set forth therein by written notice to Defendants. (Attached hereto as **Exhibit B**). In accordance with Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Juanita Williams respectfully requests the Clerk to enter judgment in favor of Plaintiffs in accordance with the terms set forth in Defendants' Offer of Judgment.

The Clerk of Court is directed to enter judgment against Defendants based on Plaintiff's acceptance of Defendants' Offer of Judgment, ECF No. 90-1 at 5–7, under Federal Rule of Civil Procedure 68, and to close the case.

SO ORDERED.

Dated: September 20, 2021
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge