**quinn emanuel** trial lawyers | san francisco

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7000

WRITER'S EMAIL ADDRESS
lukephillips@quinnemanuel.com

September 20, 2021

**VIA ECF**
Hon. Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMORANDUM ENDORSEMENT**

Re: ***Williams v. The City of New York, P.O. Shawn Moynihan, P.O. Sheila Ramos, and P.O. Elizabeth Allain***
15-cv-02202 (AT) (GWG)
Request for Adjournment

Dear Judge Gorenstein:

Quinn Emanuel represent Plaintiff Juanita Williams in the above referenced matter. Pursuant to Rule 1.F Your Honor's Individual Rules of Practices, in light of Plaintiff's Motion Request for Judgment Pursuant to Defendants' Rule 68 Offer of Judgment, filed this morning, September 20, 2021, (Dkt. No. 90), Plaintiff writes to request that the Court adjourn the scheduling conference currently set for September 22, 2021 at 4:00 pm to December 6, 2021 at 4:00 pm, a date which was provided by the Deputy Clerk.  This is the first request for an adjournment of the conference.  Plaintiff also respectfully requests an extension of time, to December 3, 2021, to file a proposed scheduling order.  Defendants' counsel, Joseph Zangrilli, Esq. consents to both requests.

Thank you for your consideration of these requests.

The conference is adjourned sine die.

Respectfully submitted,

So Ordered.

_/s/ Luke H. Phillips_

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 21, 2021

Luke H. Phillips

cc: All counsel of record (via ECF)